# In the United States Court of Federal Claims

| | |
|---|---|
| WALTER L. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 19-1123C |
| v. ) | |
| ) | Filed November 25, 2019 |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL ORDER

  Plaintiff *pro se* commenced this action on August 1, 2019.  ECF No. 1.  On September 30, 2019, the government filed a motion to dismiss for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims.  ECF No. 7.  On November 6, 2019, the Court issued a Show Cause Order directing the plaintiff to file his outstanding response to the government's motion to dismiss and to show cause, in writing, as to why he had not timely filed his response by November 20, 2019.  ECF No. 8.  To date, plaintiff has not filed a response to the government's motion to dismiss or filed his show cause response with the Court.

  In light of the foregoing, the Court:  (1) **DIRECTS** the Clerk's office to dismiss the above-captioned matter without prejudice, and (2) **DENIES-AS-MOOT** the government's motion to dismiss.

  **IT IS SO ORDERED.**

_____
LYDIA KAY GRIGGSBY
Judge

7014 1200 0000 9093 9447